# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Gerald Lamar Smith, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 4:21-1785-RMG |
| ) | |
| vs. ) | |
| ) | |
| Kilolo Kijakazi, Acting Commissioner ) | |
| of Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DBI") and Supplemental Security Income ("SSI").. In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation ("R & R") on March 9, 2022, recommending that the decision of the Commissioner be reversed and remanded to the agency because the Administrative Law Judge failed to adequately explain the rejection of the opinions of Plaintiff's treating health care providers which were inconsistent with the ALJ's RFC. (Dkt. No. 13 at 6-15). The Commissioner has advised the Court that she does not intend to file objections to the R & R. (Dkt. No. 14).

The Court has reviewed the R & R and the record evidence and finds that the Magistrate Judge has ably addressed the factual and legal issues in this matter. Therefore, the Court **ADOPTS** the Report and Recommendation as the order of this Court, **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the

matter to the Commissioner for further proceedings consistent with this order.

  AND IT IS SO ORDERED.

                s/ Richard Mark Gergel
                Richard Mark Gergel
                United States District Judge

Charleston, South Carolina
March 28, 2022